# CASES DISMISSED BEFORE THE CLERK IN VACATION.

---

Joseph Manasse, Appellant, v. The Dutton Bank, a Corporation, and the Mutual Life Insurance Company of New York, a Corporation, Appellees.

An Appeal from a Decree of the Circuit Court for Alachua County.

Appeal dismissed on præcipe of counsel for appellant, January 16, 1915.

T. B. Ellis, Jr., for Appellant;

W. S. Broome and J. C. Adkins, for Appellees.

---

Louisville & Nashville Railroad Company, a Corporation, Plaintiff in Error, v. C. J. Freeman, Defendant in Error.

A Writ of Error to a Judgment of the Court of Record for Escambia County.

Writ of Error dismissed on praecipe of counsel for plaintiff in error, January 22, 1915.

Blount & Blount & Carter, for Plaintiff in Error;

John P. Stokes and R. P. Reese, for Defendant in Error.